**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00730-CV

### SANDRA L. SIMS, Appellant

### V.

### TINA THOMAS, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-16409

# ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

Appellant filed a notice of restricted appeal on June 21, 2018 stating that she was appealing both the trial court's final judgment signed on August 24, 2017 and the trial court's order authorizing sale signed on January 22, 2018. By letter, the Court questioned its jurisdiction over this restricted appeal and instructed the parties to file letter briefs addressing our concern. The parties complied.

In a restricted appeal, the notice of appeal must be filed within six months after the judgment is signed. *See* TEX. R. APP. P. 26.1(c). A requirement for a restricted appeal is that the appellant did not participate, either in person or through counsel, in the hearing that resulted in the judgment complained of. *See* TEX. R. APP. P. 25.1(7)(a).

In her letter brief, appellant states that the appeal deadlines have passed and that she intends to file a petition for writ of mandamus. As to the August 24 judgment, appellant filed her notice of appeal more than six months after the judgment was signed. Because appellant did not file her notice of appeal within six months after the judgment was signed, a restricted appeal of the August 24 judgment is not available to appellant. *See* TEX. R. APP. P. 26.1(c). Accordingly, we dismiss appellant's appeal of the trial court's August 24 judgment for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

As to the January 21 order of sale, it appears appellant did not participate, either in person or through counsel, in the hearing that resulted in the judgment complained of and appellant's notice of appeal of that order was filed within six months of it being signed. *See* TEX. R. APP. P. 25.1(7)(a), 26.1(c). Accordingly, the appeal with respect to the January 21 order will continue.

We **ORDER** Sharron Rankin, Official Court Reporter for the 160th Judicial District Court, to file, **WITHIN THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellant has not requested or made payment arrangements for the reporter's record. We caution appellant that if the Court receives written notification of no request or no payment, the Court may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Rankin and all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE